DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARTURO GODINEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3031

[April 25, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. 03-012101CF10O.

Bernard M. Cassidy of Lubell & Rosen, Fort Lauderdale, for appellant.

Ashley B. Moody, Attorney General, Tallahassee, and Don M. Rogers, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***